UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-27-1-TAV-HBG ) |
| DARRELL E. ARDEN, | ) ) |
| Defendant. | ) |

# ORDER

This criminal case is before the Court on the Report and Recommendation ("R&R") [Doc. 33] entered by United States Magistrate Judge C. Clifford Shirley, Jr. recommending that the Court: (1) accept defendant's guilty plea to the two-count indictment; and (2) order that defendant remain in custody pending sentencing. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 51.

After reviewing the record, the Court agrees with Judge Shirley's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R [Doc. 33] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to the two-count indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of carjacking, aided and abetted by another, in violation of 18 U.S.C. §§ 2119 and 2;

3. Defendant is also **ADJUDGED** guilty of using, carrying, brandishing, and discharging a weapon, during and in relation to a crime of violence, aided and abetted by another, in violation of 18 U.S.C. §§ 924(c)(1) and (2);

4. Defendant **SHALL REMAIN** in custody pending sentencing.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE